1
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
2
      1420 E. Cooley Dr., Suite 100
3
      Colton, California 92324
      Telephone: (909) 796-4560
4
      Facsimile:  (909) 796-3402
5
      E-Mail: fed.latour@yahoo.com
6
7
Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10
TONI CASPER,                              )    No.  EDCV 12 – 01710 DTB
11                                        )
12        Plaintiff,                      )    [PROPOSED] ORDER AWARDING
                                          )    EAJA FEES
13        v.                              )
14                                        )
CAROLYN W. COLVIN,                        )
15 Acting Commissioner Of Social Security, )
16                                        )
          Defendant.                      )
17 _____    )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20
THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($2,900.00) subject to the
21
terms of the stipulation.
22
23
        DATE:  August 21, 2013 _____
24
                              HON. DAVID T. BRISTOW
25                            UNITED STATES MAGISTRATE JUDGE
26
27 _____

28      [1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013,
and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-